# Court of Appeals
# of the State of Georgia

ATLANTA,___October 09, 2015_____

*The Court of Appeals hereby passes the following order:*

**A16D0050. DANTE FREDRICK v. THE STATE.**

In 2012, Dante Fredrick pled guilty to two counts of theft by deception and three counts of possession of a firearm by a convicted felon. Fredrick subsequently filed a "Motion in Arrest of Judgment," asking that his guilty plea convictions be vacated. The trial court denied the motion on October 31, 2014. On August 11, 2015, Fredrick filed an application for discretionary appeal from the trial court's order in the Supreme Court, which transferred the case to this Court.[1] We lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Fredrick submitted his application 284 days after entry of the order denying his motion in arrest of judgment. His application is therefore untimely and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.

---

[1] The Supreme Court noted that although Fredrick also attached a July 14, 2015 interlocutory order entered in a habeas action, his arguments do not address that order.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*___10/09/2015___

     *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*